**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:23CV-00566-RGJ**

**JENNIFER BLAKLEY**                                                                  **PLAINTIFF**
**VS.**
**FEDEX GROUND PACKAGE SYSTEM,**
**INC. et al**                                                                             **DEFENDANTS**

## CONTINENTAL INSURANCE COMPANY'S INTERVENING COMPLAINT

Comes now the Intervening Plaintiff, Continental Insurance Company ("Continental"), by and through Counsel, and for its Intervening Complaint against the Defendants, FedEx Ground Package System, Inc., Fedex Freight, Inc., and Federal Express Corporation d/b/a FedEx Express, hereby states as follows:

1. At all times relevant hereto, Continental was a foreign corporation licensed to transact business within the Commonwealth of Kentucky and issuing policies of workers' compensation insurance coverage therein.

2. At all times relevant hereto, Plaintiff, Jennifer Blakley, was a resident of Kentucky.

3. At all times relevant hereto, Defendant FedEx Ground Package System, Inc. was a Delaware registered corporation with its home office in Pennsylvania that routinely transacts business in the Commonwealth of Kentucky.

4. At all times relevant hereto, Defendant Fedex Freight, Inc. was an Arkansas foreign for-profit corporation doing business in Louisville, Jefferson County, Kentucky.

5. At all times relevant hereto, Defendant Federal Express Corporation d/b/a FedEx Express is a Delaware corporation authorized to do business in the Commonwealth of Kentucky, and with its principal place of business being located at 942 South Shady Grove Road Memphis, TN 38120.

**EXHIBIT A**

6. At all times relevant herein, Jennifer Blakley was an employee of Ivy Technology, Inc. ("Ivy").

7. At all times relevant hereto, Continental was the workers' compensation insurance carrier for Ivy and thus it was legally and contractually obligated to provide both Ivy and Ivy's employees, including Ms. Blakley, with workers' compensation insurance coverage.

8. On or about May 4, 2022, Plaintiff, Jennifer Blakley, while an employee at Ivy Technology, Inc., was tasked with unloading a Fedex Trailer which was improperly and negligently loaded/stacked/stored/transported without safety harnesses/nets/securing devices in place causing Plaintiff to be hit by a falling package which proximately caused Plaintiff's severe and permanent bodily injuries as complained of herein.

9. That the aforementioned injuries were the direct and proximate result of the negligent acts and/or omissions of Defendants FedEx Ground Package System, Inc., Fedex Freight, Inc., and/or Federal Express Corporation d/b/a FedEx Express and their agents and/or employees.

10. As a result of the injuries sustained by Ms. Blakley as a consequence of the negligence of Defendants FedEx Ground Package System, Inc., Fedex Freight, Inc., and Federal Express Corporation d/b/a FedEx Express, Continental became legally obligated under both the Kentucky Workers' Compensation Act, KRS §342.0011, *et seq.*, and under legal authorities to pay various workers' compensation benefits either to or on behalf of the Ms. Blakley including, but not limited to, medical benefits, temporary total disability benefits, permanent partial disability benefits, and/or permanent total disability benefits.

11. As a result of the fatal injuries sustained by Ms. Blakley as a consequence of the negligence of Defendants FedEx Ground Package System, Inc., Fedex Freight, Inc., and Federal

Express Corporation d/b/a FedEx Express, Continental has paid various workers' compensation benefits either to or on behalf of the Ms. Blakley including, but not limited to, medical benefits, temporary total disability benefits, permanent partial disability benefits, and/or permanent total disability benefits and it may remain legally and contractually obligated to continue paying additional benefits in the future.

12. The various workers' compensation benefits which Continental has either already paid or which it will be legally and contractually obligated to pay in the future on account of the fatal injuries sustained by Ms. Blakley are sufficient to invoke the jurisdiction of this court.

13. Pursuant to both KRS §342.700(1) and common law subrogation principles, Continental is entitled to full reimbursement from Defendants FedEx Ground Package System, Inc., Fedex Freight, Inc., and Federal Express Corporation d/b/a FedEx Express for any and all workers' compensation benefits which Continental has already paid, or which it will be legally and contractually obligated to pay, to or on behalf of Ms. Blakley for the injuries she sustained on May 4, 2022.

WHEREFORE, for the foregoing reasons, Continental Insurance Company hereby respectfully requests: (1) a judgment against Defendants FedEx Ground Package System, Inc., Fedex Freight, Inc., and Federal Express Corporation d/b/a FedEx Express sufficient to fully compensate Continental for any and all workers' compensation benefits which Continental has either already paid, or which it will be legally and contractually obligated to pay, either to or on behalf of Ms. Blakley, for the physical injuries she sustained on May 4, 2022; (2) for such costs as are herein expended; (3) for trial by jury; and (4) for all other relief to which Continental may be entitled.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky   40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email:  squigley@cbmlaw.net


By:   /s/ Sean Quigley
          R. SEAN QUIGLEY

## CERTIFICATE OF SERVICE

This certifies that a copy of the forgoing motion was served to all Parties of record via the Court's CM/ECF filing system.


/s/ Sean Quigley
R. SEAN QUIGLEY