UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-cv-566-rgj

**JENNIFER BLAKLEY**                                                                 **PLAINTIFF**

**V.**

**FEDEX GROUND PACKAGE SYSTEM, INC.;**
**FEDEX FREIGHT, INC.;**
**AND FEDERAL EXPRESS CORPORATION**                        **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

Come the Defendants, FedEx Ground Package System, Inc. and Federal Express Corporation, by counsel, and Plaintiff, Jennifer Blakley, by counsel, and having so agreed, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that any and all claims brought or that could have been brought by or on behalf of the Plaintiff are hereby dismissed, with prejudice. Each party shall bear it own expense.

**SO ORDERED THIS** _____ **DAY OF** _____, **2025.**

Having Seen and So Agreed:

/s/ Aletha N. Thomas
Aletha N. Thomas, Esq.
**KOPKA PINKUS DOLIN**
101 South Fifth Street, Suite 1670
Louisville, KY 40202
anthomas@kopkalaw.com
*Counsel for Defendants, FedEx Ground Package System, Inc. and Federal Express Corporation*

Richard P. Schiller, Esq.
4350 Brownsboro Road, Suite 110
Louisville, KY 40207
RPSchiller@RPSAttorney.com
*Co-Counsel for Plaintiff, Jennifer Blakley*

Gary S. Logsdon (with Permission)
Gary S. Logsdon, Esq.
Gary S. Logsdon & Associates
101 Main Cross Street
Brownsville, KY 42210
gary@garylogsdonlaw.com
*Co-Counsel for Plaintiff, Jennifer Blakley*